**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Champion Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4748129** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**240-246 Town Center Lane<br>Glendale Heights, IL**       ZIP Code **60139** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Champion Holdings, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Northern District of Illinois** | Case Number: **08-15708** | Date Filed: **6/10/08** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____
  Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Champion Holdings, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Teresa L. Einarson**
Signature of Attorney for Debtor(s)

**Teresa L. Einarson  6198676**
Printed Name of Attorney for Debtor(s)

**Thomas & Einarson, Ltd.**
Firm Name

**29W204 Roosevelt Road**
**West Chicago, IL 60185**

Address

Email: tle@thomasandeinarson.com
**(630) 562-2280  Fax: (630) 562-2282**
Telephone Number

**November 14, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Giannecchini**
Signature of Authorized Individual

**Mark Giannecchini**
Printed Name of Authorized Individual

**Manager/Sole Member**
Title of Authorized Individual

**November 14, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Champion Holdings, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Adams Roofing** c/o Credit Mgt Services 1375 W Woodfield Rd, Suite 110 Schaumburg, IL 60173 | **Adams Roofing** c/o Credit Mgt Services 1375 W Woodfield Rd, Suite 110 Schaumburg, IL 60173 | **Roofing services** | | 4,000.00 |
| **Air Cleaning Specialists** 7117 W Grand Ave Elmwood Park, IL 60707 | **Air Cleaning Specialists** 7117 W Grand Ave Elmwood Park, IL 60707 | **HVAC services** | | 6,873.50 |
| **American United Bank** c/o Morgan Smith, Dykema Law Firm 10 S Wacker Dr, Suite 2300 Chicago, IL 60606 | **American United Bank** c/o Morgan Smith, Dykema Law Firm 10 S Wacker Dr, Suite 2300 Chicago, IL 60606 | **Past due lease payments on lease dated 10/20/2007.** | | 4,814.40 |
| **American United Bank** c/o Morgan Smith, Dykema Law Firm 10 S Wacker Dr, Suite 2300 Chicago, IL 60606 | **American United Bank** c/o Morgan Smith, Dykema Law Firm 10 S Wacker Dr, Suite 2300 Chicago, IL 60606 | **Past due lease payments on lease dated 10/10/2007.** | | 25,420.86 |
| **ASCAP** 2675 Paces Ferry Road Suite 350 Atlanta, GA 30339-3913 | **ASCAP** 2675 Paces Ferry Road Suite 350 Atlanta, GA 30339-3913 | **License agreement** | **Disputed** | 9,800.00 |
| **Centrust Bank** c/o B Pawlowski-Fritzhall Law Firm 6584 N Northwest Highway Chicago, IL 60631-1415 | **Centrust Bank** c/o B Pawlowski-Fritzhall Law Firm 6584 N Northwest Highway Chicago, IL 60631-1415 | **Business Loan - not secured by Champion assets. Loan secured by Mark Giannecchini personal assets** | | 325,000.00 |
| **Cody Arch** 1280 Iroquois Naperville, IL 60563 | **Cody Arch** 1280 Iroquois Naperville, IL 60563 | **Architectural services** | | 6,300.00 |
| **Commercial Specialties** 2255 Lois Dr., #9 Rolling Meadows, IL 60008 | **Commercial Specialties** 2255 Lois Dr., #9 Rolling Meadows, IL 60008 | **Bathroom fixtures** | | 8,000.00 |
| **EBM** 855 Morse Ave Elk Grove Village, IL 60007 | **EBM** 855 Morse Ave Elk Grove Village, IL 60007 | **Cleaning** | | 4,100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Champion Holdings, LLC** _____   Case No. _____
                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Highlake**<br>880 Tollgate Road<br>Elgin, IL 60123 | **Highlake**<br>880 Tollgate Road<br>Elgin, IL 60123 | General Contracting Services - claim amount includes amounts owed to subcontractors | | 554,000.00 |
| **Illinois Department of Revenue**<br>Bankruptcy Unit<br>100W Randolph St., #7-400<br>Chicago, IL 60601 | **Illinois Department of Revenue**<br>Bankruptcy Unit<br>100W Randolph St., #7-400<br>Chicago, IL 60601 | Sales & Use thru June 2008- $6429.00<br>July 2008 - $2003.00<br>August 2008 $2130.00 | | 10,642.00 |
| **Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | **Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | 941 - 11/3/2008 - $2312<br>941 - 10/6/2008 - $2430<br>941 - 10/24/2008 - $2705<br>941 - 7/11-7/25/2008 - $5413 | | 12,860.00 |
| **Judge & Dolph**<br>1925 Busse Road<br>Elk Grove Village, IL 60007 | **Judge & Dolph**<br>1925 Busse Road<br>Elk Grove Village, IL 60007 | Liquor distributor | | 23,885.06 |
| **Kass Management**<br>2000 N Racine, Suite 4400<br>Chicago, IL 60614 | **Kass Management**<br>2000 N Racine, Suite 4400<br>Chicago, IL 60614 | Rent | Disputed | 135,000.00 |
| **R2 Electronics**<br>139 Heather Lane<br>Wilmette, IL 60091 | **R2 Electronics**<br>139 Heather Lane<br>Wilmette, IL 60091 | Electronics | | 13,663.00 |
| **Southern Wine & Spirits**<br>300 East Crossroads parkway<br>Bolingbrook, IL 60440 | **Southern Wine & Spirits**<br>300 East Crossroads parkway<br>Bolingbrook, IL 60440 | Liquor distributor | | 38,000.00 |
| **Stuever**<br>22W010 Byron Ave<br>Addison, IL 60101 | **Stuever**<br>22W010 Byron Ave<br>Addison, IL 60101 | Cooler, beer system installation | | 15,000.00 |
| **TriMark Marlin**<br>c/o Teller Levit<br>11 E Adams St<br>Chicago, IL 60603 | **TriMark Marlin**<br>c/o Teller Levit<br>11 E Adams St<br>Chicago, IL 60603 | Restaurant supply vendor | | 8,995.41 |
| **Union Beverage**<br>2600 W 35th Street<br>Chicago, IL 60632 | **Union Beverage**<br>2600 W 35th Street<br>Chicago, IL 60632 | Liquor distributor | | 7,440.40 |
| **US Foods**<br>800 Supreme Dr<br>Bloomingdale, IL 60108 | **US Foods**<br>800 Supreme Dr<br>Bloomingdale, IL 60108 | Food and beverage service | | 20,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Champion Holdings, LLC**                                                 Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 14, 2008**                Signature  **/s/ Mark Giannecchini**
                                                      **Mark Giannecchini**
                                                      **Manager/Sole Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Champion Holdings, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **November 14, 2008**

**/s/ Mark Giannecchini**
**Mark Giannecchini/Manager/Sole Member**
Signer/Title

```
Adams Roofing
c/o Credit Mgt Services
1375 W Woodfield Rd, Suite 110
Schaumburg, IL 60173


Air Cleaning Specialists
7117 W Grand Ave
Elmwood Park, IL 60707


Alleggra Printing
460 Windy Point
Glendale Heights, IL 60139


Allied Waste
1330 Gasket
Elgin, IL 60120


American United Bank
c/o Morgan Smith, Dykema Law Firm
10 S Wacker Dr, Suite 2300
Chicago, IL 60606


Arlington Security
218 East Grove St
Arlington Heights, IL 60005


ASCAP
2675 Paces Ferry Road
Suite 350
Atlanta, GA 30339-3913


AT&T
PO Box 8100
Aurora, IL 60507


Awnings Plus
367 S Rohlwing Road, #1
Addison, IL 60101


Bank of America
265 E Army Trail Rd
Glendale Heights, IL 60139
```

```
Cardinal Fence
c/o Jeffrey Hubert
703 Si-Oka
Mount Prospect, IL 60056


Centrust Bank
c/o B Pawlowski-Fritzhall Law Firm
6584 N Northwest Highway
Chicago, IL 60631-1415


Cody Arch
1280 Iroquois
Naperville, IL 60563


ComEd
Payment Center
Chicago, IL 60668


Commercial Specialties
2255 Lois Dr., #9
Rolling Meadows, IL 60008


Decker Acoustical Floors
1100 Houston Ave.
Elgin, IL 60120


EBM
855 Morse Ave
Elk Grove Village, IL 60007


Empire Cooler
940 W Chicago Ave
Chicago, IL 60622


FIM
140 E Lake Street
Bloomingdale, IL 60108


Gem Ponds
23W617 Maple
Roselle, IL 60172


Gonnella
206 W Erie
Chicago, IL 60612
```

```
Highlake
880 Tollgate Road
Elgin, IL 60123


Illinois Department of Revenue
Bankruptcy Unit
100W Randolph St., #7-400
Chicago, IL 60601


Illinois Fire Ex
702 S Rohlwing Rd
Addison, IL 60101


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Judge & Dolph
1925 Busse Road
Elk Grove Village, IL 60007


Kass Management
2000 N Racine, Suite 4400
Chicago, IL 60614


Kelley Carney
c/o Beam & Raymond
2770 Arapahoe Rd., Ste.132, PMB 135
Lafayette, CO 80026


Mark Giannecchini
240 Town Center Lane
Glendale Heights, IL 60139


Mirlos
7031 Columbia Gateway
Columbia, MD 21046


Nicor Gas
1844 Ferry Rd
Naperville, IL 60563
```

```
Painters USA
c/o Esp, Kreuzer, Cores, McLaughlin
400 S County Farm Rd, Suite 200
Wheaton, IL 60187


Performers Carpet
c/o Kupisch, Carbon & Laurean
201 N Church St
Bensenville, IL 60106


R2 Electronics
139 Heather Lane
Wilmette, IL 60091


Southern Wine & Spirits
300 East Crossroads parkway
Bolingbrook, IL 60440


Stuever
22W010 Byron Ave
Addison, IL 60101


Suburban Nitelife
PO Box 428
West Chicago, IL 60186


Sysco Foods
250 Wieboldt Dr
Des Plaines, IL 60016


TriMark Marlin
c/o Teller Levit
11 E Adams St
Chicago, IL 60603


Union Beverage
2600 W 35th Street
Chicago, IL 60632


United Talent
9 N Main St
Lombard, IL 60148
```

```
US Cellular
5117 W Terrace Dr
Madison, WI 53718


US Foods
800 Supreme Dr
Bloomingdale, IL 60108


Village of Glendale Heights
300 Civic Center Plaza
Glendale Heights, IL 60139


VIP Valet
12N442 Switzer Rd
Elgin, IL 60124


Waste Management
2421 W Peoria Ave, Suite 210
Phoenix, AZ 85029
```